**E-filed on: 11/13/2012**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSARIO MARINELLO,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, CTF SOLEDAD,<br><br>    Defendants. | No. C-12-02564 RMW<br><br>JUDGMENT |

On November 9, 2012, the court dismissed all claims with prejudice. Therefore, it is hereby ordered that judgment is entered in favor of defendants and against plaintiff. Plaintiff shall take nothing by way of his complaint.

DATED:    November 13, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
No. C-12-02564 RMW
SW