**E-FILED on** 12/17/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSARIO MARINELLO,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, CTF SOLEDAD,<br><br>    Defendants. | No. 12-02564 RMW<br><br>ORDER EXTENDING TIME TO FILE APPEAL<br><br>[Re Dkt: 33] |

    Plaintiff Rosario Marinello moves for a 30 day extension of time to file an appeal of this court's order dismissing his case. Dkt. No. 28. Defendants have not filed an opposition. Pursuant to Rule 4(a)(5) of the Federal Rules of Appellate Procedure, the court finds good cause to grant the motion. Because Marinello's notice of appeal was due on December 13, 2012, the court hereby extends the deadline to January 14, 2013.

DATED:     December 17, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER EXTENDING TIME TO FILE APPEAL
No. 12-02564 RMW
SW